## 27192.   DUNCAN v. CITY OF ATLANTA.

BROYLES, C. J.   Under the ruling of this court in *Garrett* v. *Atlanta*, 51 *Ga. App.* 69 (179 S. E. 597), and *Chiles* v. *Atlanta*, 51 *Ga. App.* 69 (179 S. E. 596), and the facts of the instant case, the bond executed by the petitioner for the writ of certiorari was not valid.   The judge of the superior court did not err in dismissing the certiorari.

*Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 17, 1939.

*Duke C. Meredith, Lowndes Calhoun,* for plaintiff in error.

*J. C. Savage, C. S. Winn, Bond Almand, J. C. Murphy,* contra.

## 27270.   RADCLIFF v. THE STATE.

BROYLES, C. J.   The defendant was convicted of possessing intoxicating liquors which did not have thereon the revenue stamp of the State of Georgia, as required by law.   The verdict was demanded by the evidence and the defendant's statement to the jury; and the special grounds of the motion for new trial show no cause for another hearing of the case.          *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 17, 1939.

*H. Cliff Hatcher,* for plaintiff in error.

*P. B. Lewis, solicitor,* contra.